PER CURIAM.
Affirmed. See § 775.084(4)(b), Fla. Stat. (Supp. 1988); Johnson v. State, 60 So.3d 1045 (Fla. 2011); Williams v. State, 734 So.2d 1113 (Fla. 2d DCA 1999); Janvier v. State, 123 So.3d 647 (Fla. 4th DCA 2013); Romero v. State, 105 So.3d 550 (Fla. 1st DCA 2012); Pleas v. State, 41 So.3d 980 (Fla. 1st DCA 2010); Lykins v. State, 894 So.2d 302 (Fla. 3d DCA 2005); Thomas v. State, 778 So.2d 429 (Fla. 5th DCA 2001); Bloodworth v. State, 504 So.2d 495 (Fla. 1st DCA 1987).
NORTHCUTT, KHOUZAM, and LUCAS, JJ., Concur.